**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Bankruptcy Case No.: 12–22957–CMB

**Maureen L. Brightwell**
   Debtor(s)

Chapter: 13
Docket No.: 51 – 50

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 28th day of August, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/2/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/25/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/2/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 12-22957-CMB
Maureen L. Brightwell                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe          Page 1 of 2          Date Rcvd: Aug 28, 2017
                           Form ID: 408         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db            +Maureen L. Brightwell,    1040 Wolf Run Road,    Industry, PA 15052-1717
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13396091      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13432913       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13396092     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
13396093      +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
13466627       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13396095      +Duquesne Light Empl FCU,    2112 17th Street,    Beaver Falls, PA 15010-2612
13396098      +HSN,    P.O. Box 530942,    Atlanta, GA 30353-0942
13396100      +Jorge M. Pereira,    Douglas M. Marinos & Associates, PC,    101 North Cedar Crest Blvd,
                Allentown, PA 18104-4769
13399296      +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13396101      +RBS Citizens NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2017 01:23:19     DITECH FINANCIAL LLC,
                P.O. Box 6154,    Rapid City, SD  57709-6154
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:29:38
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13418688      +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:20     Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13396094      +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:20     Cavalry SPV I, LLC,
                500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14682039       E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2017 01:23:19
                Ditech Financial LLC F/K/A Green Tree,    Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
13446787      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 29 2017 01:24:49     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13660245       E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2017 01:23:19     Green Tree Servicing LLC,
                PO Box 0049,    Palatine, IL 60055-0049
13411314      +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:20     Precision Recovery Analytics, Inc,
                c/o Cavalry Advisory Services,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-1340
13406273       E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:13
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13396102      +E-mail/PDF: pa_dc_claims@navient.com Aug 29 2017 01:30:53     Sallie Mae,    P.O. Box 9500,
                Wilkes Barre, PA 18773-9500
                                                                                   TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             RBS Citizens
13396099       James P. Heisel
cr*            GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL  60055-0049
13396096*     +Duquesne Light Empl FCU,    2112 17th Street,    Beaver Falls, PA 15010-2612
13396097     ##+HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
                                                                       TOTALS: 3, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                    Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: kthe              Page 2 of 2          Date Rcvd: Aug 28, 2017
                             Form ID: 408             Total Noticed: 22

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
           sklein@hunton.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Lauren M. Lamb    on behalf of Debtor Maureen L. Brightwell
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 7