**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MAUREEN L. BRIGHTWELL<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Repondents. | Case No.:12-22957<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| August 25, 2017 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/07/2012 and confirmed on 7/16/12. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,765.00 |
| Less Refunds to Debtor | 1,429.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,335.92 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,300.00 | |
|    Trustee Fee | 3,347.26 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,647.26 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DUQUESNE LIGHT EMPLOYEE FEDERAL | 7,818.28 | 7,818.28 | 401.95 | 8,220.23 |
|     Acct: XXX781A | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 42,487.72 | 0.00 | 42,487.72 |
|     Acct: 5417 | | | | |
| | | | | 50,707.95 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN L. BRIGHTWELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN L. BRIGHTWELL | 1,410.00 | 1,410.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN L. BRIGHTWELL | 19.08 | 19.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E \*\*\* | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 3,589.55 | 3,018.51 | 0.00 | 3,018.51 |
|     Acct: 1008 | | | | |
|   DUQUESNE LIGHT COMPANY* | 147.33 | 123.89 | 0.00 | 123.89 |
|     Acct: 6001 | | | | |
|   PRECISION RECOVERY ANALYTICS INC | 6,066.30 | 5,101.26 | 0.00 | 5,101.26 |
|     Acct: 1962 | | | | |
|   DUQUESNE LIGHT EMPLOYEE FEDERAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 781B | | | | |
|   CAVALRY PORTFOLIO SERVICES LLC(*) | 20,202.98 | 16,989.06 | 0.00 | 16,989.06 |
|     Acct: 9338 | | | | |
|   HSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5539 | | | | |
|   RBS CITIZENS NA(*) | 11,592.08 | 9,747.99 | 0.00 | 9,747.99 |
|     Acct: 6160 | | | | |
|   SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2008 | | | | |
|   GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7459 | | | | |
| | | | | 34,980.71 |

TOTAL PAID TO CREDITORS                                                                 85,688.66

TOTAL
CLAIMED         0.00
PRIORITY    7,818.28
SECURED    41,598.24


Date: 08/25/2017                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MAUREEN L. BRIGHTWELL

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:12-22957

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 12-22957-CMB
Maureen L. Brightwell                                             Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: kthe              Page 1 of 2            Date Rcvd: Aug 28, 2017
                              Form ID: pdf900         Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db             +Maureen L. Brightwell,    1040 Wolf Run Road,   Industry, PA 15052-1717
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
13396091       +American Express,    PO Box 981537,   El Paso, TX 79998-1537
13432913        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13396092      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998)
13396093       +Bank of America Home Loans,    PO Box 5170,   Simi Valley, CA 93062-5170
13466627        Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
13396095       +Duquesne Light Empl FCU,    2112 17th Street,   Beaver Falls, PA 15010-2612
13396098       +HSN,   P.O. Box 530942,    Atlanta, GA 30353-0942
13396100       +Jorge M. Pereira,    Douglas M. Marinos & Associates, PC,    101 North Cedar Crest Blvd,
                 Allentown, PA 18104-4769
13399296       +RBS Citizens,    443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
13396101       +RBS Citizens NA,    1000 Lafayette Blvd,   Bridgeport, CT 06604-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2017 01:23:19      DITECH FINANCIAL LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:29:39
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13418688       +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:20      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13396094       +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-1340
14682039        E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2017 01:23:19
                 Ditech Financial LLC F/K/A Green Tree,    Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13446787       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 29 2017 01:24:49      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13660245        E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2017 01:23:19      Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
13411314       +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:20      Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-1340
13406273        E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:53
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13396102       +E-mail/PDF: pa_dc_claims@navient.com Aug 29 2017 01:30:12      Sallie Mae,   P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              RBS Citizens
13396099        James P. Heisel
cr*             GREEN TREE SERVICING LLC,    PO BOX 0049,   PALATINE, IL 60055-0049
13396096*      +Duquesne Light Empl FCU,    2112 17th Street,   Beaver Falls, PA 15010-2612
13396097      ##+HSBC,   PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: kthe              Page 2 of 2            Date Rcvd: Aug 28, 2017
                              Form ID: pdf900         Total Noticed: 22
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Maureen L. Brightwell
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```