IN RE:
MAUREEN L. BRIGHTWELL

    DEBTOR.

UNITED STATES TRUSTEE,

    MOVANT,

    v.

DITECH FINANCIAL LLC
f/k/a GREEN TREE SERVICING LLC

    RESPONDENT.

CASE NUMBER: 12-22957 CMB

CHAPTER 13

Related to Claim No. 6

Related to Doc. No. 59

Hearing Date and Time:
October 25, 2017 at 10:00 a.m.

## ORDER OF COURT

AND NOW, on this \_\_\_\_19th\_\_\_\_ day of \_\_\_\_September\_\_\_\_, 2017 on the Motion to Withdraw filed by the United States Trustee, the Motion for Escrow Account Reconciliation is WITHDRAWN. The hearing scheduled for October 25, 2017 is CANCELLED.

CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY COURT

FILED
9/19/17 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 12-22957-CMB
Maureen L. Brightwell                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                Page 1 of 2               Date Rcvd: Sep 19, 2017
                              Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db          +Maureen L. Brightwell,    1040 Wolf Run Road,    Industry, PA 15052-1717
cr          +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13396091    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13432913     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13396092   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
13396093    +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
13466627     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13396095    +Duquesne Light Empl FCU,    2112 17th Street,    Beaver Falls, PA 15010-2612
13396098    +HSN,    P.O. Box 530942,    Atlanta, GA 30353-0942
13396100    +Jorge M. Pereira,    Douglas M. Marinos & Associates, PC,    101 North Cedar Crest Blvd,
             Allentown, PA 18104-4769
13399296    +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13396101    +RBS Citizens NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2017 01:22:25    DITECH FINANCIAL LLC,
             P.O. Box 6154,    Rapid City, SD  57709-6154
cr           E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2017 01:29:48
             Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
             Miami, FL  33131-1605
13418688    +E-mail/Text: bankruptcy@cavps.com Sep 20 2017 01:23:03    Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13396094    +E-mail/Text: bankruptcy@cavps.com Sep 20 2017 01:23:03    Cavalry SPV I, LLC,
             500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14682039     E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2017 01:22:25
             Ditech Financial LLC F/K/A Green Tree,    Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13446787    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 20 2017 01:23:18    Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13660245     E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2017 01:22:25    Green Tree Servicing LLC,
             PO Box 0049,    Palatine, IL 60055-0049
13411314    +E-mail/Text: bankruptcy@cavps.com Sep 20 2017 01:23:03    Precision Recovery Analytics, Inc,
             c/o Cavalry Advisory Services,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-1340
13406273     E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2017 01:29:48
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13396102    +E-mail/PDF: pa_dc_claims@navient.com Sep 20 2017 01:30:15    Sallie Mae,    P.O. Box 9500,
             Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BANK OF AMERICA, N.A.
cr           RBS Citizens
13396099     James P. Heisel
cr*          GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL  60055-0049
13396096*   +Duquesne Light Empl FCU,    2112 17th Street,    Beaver Falls, PA 15010-2612
13396097    ##+HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                   TOTALS: 3, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dric                 Page 2 of 2                  Date Rcvd: Sep 19, 2017
                              Form ID: pdf900            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Maureen L. Brightwell
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```