# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　MAUREEN L. BRIGHTWELL<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:12-22957<br><br>Chapter 13<br>Related to:<br>Document No.:  50<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this ___17th___ day of ___October___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

kmt

FILED
10/17/17 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-22957-CMB
Maureen L. Brightwell                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Oct 17, 2017
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db          +Maureen L. Brightwell,    1040 Wolf Run Road,    Industry, PA 15052-1717
cr          +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13396091    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13432913     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13396092    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
13396093    +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
13466627     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13396095    +Duquesne Light Empl FCU,    2112 17th Street,    Beaver Falls, PA 15010-2612
13396098    +HSN,   P.O. Box 530942,    Atlanta, GA 30353-0942
13396100    +Jorge M. Pereira,    Douglas M. Marinos & Associates, PC,    101 North Cedar Crest Blvd,
             Allentown, PA 18104-4769
13399296    +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13396101    +RBS Citizens NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2017 01:13:33     DITECH FINANCIAL LLC,
             P.O. Box 6154,    Rapid City, SD  57709-6154
cr           E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2017 01:16:58
             Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
             Miami, FL  33131-1605
13418688    +E-mail/Text: bankruptcy@cavps.com Oct 18 2017 01:14:15     Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13396094    +E-mail/Text: bankruptcy@cavps.com Oct 18 2017 01:14:15     Cavalry SPV I, LLC,
             500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14682039     E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2017 01:13:33
             Ditech Financial LLC F/K/A Green Tree,    Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13446787    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 18 2017 01:14:31     Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13660245     E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2017 01:13:33     Green Tree Servicing LLC,
             PO Box 0049,    Palatine, IL 60055-0049
13411314    +E-mail/Text: bankruptcy@cavps.com Oct 18 2017 01:14:15     Precision Recovery Analytics, Inc,
             c/o Cavalry Advisory Services,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-1340
13406273     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2017 01:17:36
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13396102    +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2017 01:17:38     Sallie Mae,    P.O. Box 9500,
             Wilkes Barre, PA 18773-9500
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BANK OF AMERICA, N.A.
cr           RBS Citizens
13396099     James P. Heisel
cr*          GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL  60055-0049
13396096*   +Duquesne Light Empl FCU,    2112 17th Street,    Beaver Falls, PA 15010-2612
13396097    ##+HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                 TOTALS: 3, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: bsil                  Page 2 of 2          Date Rcvd: Oct 17, 2017
                              Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Maureen L. Brightwell
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```